UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO. 3:22-00233-01** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **JEKORRIS LOUDARRIES WILLIAMS** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## MEMORANDUM ORDER

On February 19, 2024, Brennan R. Manning, appointed counsel for Defendant Jekorris Loudarries Williams ("Williams"), filed a motion to withdraw [doc. #36]. In that motion, Mr. Manning stated that he had filed a notice of appeal and had been advised by the Clerk's Office that Mr. Williams would be represented by appointed appellate counsel in that matter. Based on those representations, the undersigned granted Mr. Manning's motion to withdraw and ordered the appointment of the Office of the Federal Public Defender as Williams' counsel on appeal. [doc. #37].

However, Williams was sentenced on March 24, **2023**, almost one year ago, and no notice of appeal has ever been filed. Further, if any notice of appeal were to be filed at this point, it would clearly be untimely. Accordingly,

**IT IS ORDERED** that the portion of the undersigned's previous order [doc. #37] appointing the Office of the Federal Public Defender to represent Williams on appeal is **VACATED**, as no appeal is pending, and he has no right to appointment of counsel for collateral review. *See Pennsylvania v. Finley,* 481 U.S. 551, 555 (1987) ("Our cases establish that the right to appointed counsel extends to the first appeal of right, and no further."); *Wright v. West,* 505 U.S.

277, 293 (1992) ("[T]he Constitution guarantees the right to counsel on a first direct appeal," but there is "no right to counsel on habeas.") (citations omitted); *United States v. Vasquez*, 7 F.3d 81, 83 (5th Cir. 1993) (no constitutional right to counsel in a proceeding under 28 U.S.C. § 2255). If Williams wishes to pursue habeas relief, he can file his own Petition for Writ of *Habeas Corpus* pursuant to 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** that the Clerk of Court mail a copy of this Memorandum Order to Williams as follows:

Jekourris Loudarri[1] Williams
Register Number: 28304-510
FCI Pollock
P.O. BOX 4050
Pollock, LA  71467

In Chambers, at Monroe, Louisiana, on this 26th day of February, 2024.

KAYLA DEE MCCLUSKY
UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned notes the difference in the spelling of Williams' middle name, but defers to the Bureau of Prisons' spelling in this instance in order to ensure delivery of Williams' mail.

2